WEAVER *v.* CHANDLER.

FISH, C. J. 1. The portion of the charge upon which error was assigned was not entirely accurate, but, considered in the light of the evidence and of the entire charge, the inaccuracy affords no ground for reversal.

2. The evidence was sufficient to support the verdict for the plaintiff, and there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 540. MARCH 12, 1918.

Complaint. Before Judge Bartlett. Haralson superior court. July 2, 1917.

*J. S. Edwards* and *G. R. & H. C. Hutchens,* for plaintiff in error.
*Griffith & Matthews,* contra.